THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DRIVELINE BASEBALL ENTERPRISES, LLC., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION IMPACT, INC., a Canadian corporation,<br><br>Defendant. | No. 2:18-cv-00192<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT |

Plaintiff Driveline Baseball Inc. by and through its attorneys of record, hereby filed this agreed motion seeking an extension of the deadline for Initial Disclosures and a Joint Status Report.

The deadlines in this case should be extended because the Defendant, Precision Impact, Inc. has not answered the Complaint and are still in the process of evaluating the claims and potential defenses in this case. Precision Impact is a Canadian corporation, and waived service on April 4, 2018, and thus the Answer is not due until July 2, 2018, i.e. 90

STIPULATED MOTION AND ORDER
EXTENDING INITIAL DEADLINES (2:17-
CV-00192) – 1

days after the service waiver. Moreover, the Parties are discussing an agreed resolution and need additional time for negotiation.

Accordingly, Driveline Baseball hereby respectfully asks the Court to extend the deadline for initial disclosures and a Joint Status Report until after Precision Impact has answered or otherwise responded to the complaint. In accordance with the Proposed Order below, Driveline proposes a deadline of July 18, 2018.

 DATED this 18th day of June 2018.

PETERSON BAKER PS


By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER
EXTENDING INITIAL DEADLINES (2:17-
CV-00192– 2

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371

## <u>ORDER</u>

Based on the foregoing, IT IS SO ORDERED that the Parties shall have until

July 18, 2018, to serve Initial Disclosures and file a Joint Status Report.

DATED this 22nd day of June, 2018.

Thomas S. Zilly
United States District Judge

*Presented by:*

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER
EXTENDING INITIAL DEADLINES (2:17-
CV-00192– 3